Richard Harold MAXWELL *v.* STATE of Arkansas

CR 03-55                                            97 S.W.3d 418

Supreme Court of Arkansas
Opinion delivered February 6, 2003

*David L. Chambers*, for appellant.

No response.

P ER CURIAM. Appellant Richard Harold Maxwell, by and through his attorney, David L. Chambers, has filed a motion for rule on clerk. Mr. Chambers, states in the motion that his motion to extend the time to file the record was not filed in timely fashion due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.